**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2436**

———————

RODNEY J. BROWNLOW,

                                        Plaintiff - Appellant,

        versus

INFORMATION BUILDERS, INCORPORATED; GERALD
COHEN; HARRY LERNER; DAVE KEMLER; LILA
GOLDBERG; JULIE DAVIS; DAVE SMALL; SEAN
MCCARTHY,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Claude M. Hilton, Chief
District Judge.  (CA-02-786-A)

———————

Submitted:  April 24, 2003            Decided:  May 5, 2003

———————

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodney J. Brownlow, Appellant Pro Se.  Ronald Alan Lindsay, Jessica
Regan Schneider, SEYFARTH SHAW, Washington, D.C. for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney J. Brownlow appeals the district court's order awarding summary judgment to his former employer in his civil action in which he alleged constructive discharge, discriminatory discharge, discrimination with respect to other terms and conditions of his employment, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brownlow v. Information Builders, Inc., No. CA-02-786-A (E.D. Va. Dec. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2